UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-27637-BKC-RAM
CHAPTER 13

IN RE:
FREDERIC FRIEDMANN
and REBECKA FRIEDMANN
    Debtors
_____/

**DEBTORS' OBJECTION TO CREDITOR, OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR INDYMAC HOME, NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES**

    The Debtors, by and through their undersigned attorney, object to creditor, Ocwen Loan Servicing, LLC, as Servicer for Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home, Notice of Post-Petition Mortgage fees, expenses and charges and state:

    1.    Creditor, Ocwen Loan Servicing, LLC, as Servicer for Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home, holds a lien, a first mortgage, on the Debtors' real property located at 18252 Southwest 94th Court, Miami, FL 33157.

    2.    According to the Debtors' Confirmed Fourth Amended Chapter 13 Plan, [ECF 53] this lien is being treated outside the Debtors' bankruptcy.

    3.    This creditor is seeking attorney fees in the amount of $400.00. As this creditor is not entitled to any future and or reasonable fees and costs unless awarded by this court, this portion of the claim should be stricken and disallowed.

    4.    Administrative Order 12-04 puts into effect Local Rule 3070-1(B), stating that if treatment of a claim secured by a security interest in the debtor's principal residence is not described in the debtor's plan other than to state that payment will be made by the debtor outside the plan, or if the treatment provided in the plan in not under §1322(b)(5)

of the Code, Bankruptcy Rule 3002.1 does not apply and the creditor shall not file notices of payment with respect to such claim.

5.      Debtors' counsel has been forced to file this Objection to Creditor's Notice of Post-petition mortgage fees, expenses and charges, in response to creditor's filing of an incorrect and/or improper Notice of Post-petition mortgage fees, expenses and charges, and therefore, respectfully requests this Court award attorney's fees and costs to Debtors' counsel.

WHEREFORE, the Debtors request that Ocwen Loan Servicing, LLC, as Servicer for Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home, Notice of Post-Petition mortgage fees, expenses and charges be stricken and disallowed and any other relief this Court deems proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim was emailed to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, Can Guner, counsel for Deutsche Bank at cguner@rasmonitor.com and all others set forth in the NEF, this 18th day of May 2016, and this Objection and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Ocwen Loan Servicing, Attn: Bankruptcy Dept., Post Office Box 24605, West Palm Beach, FL 33416-4605, Ocwen Loan Servicing, LLC, Attn: Ronald M. Faris, MGR, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 and Deutsche Bank National Trust Company, Attn: Eric Smith, CFO, (U.S. Certified Mail) 60 Wall Street, New York, NY 10005.

Respectfully submitted,

Law Offices of Michael J. Brooks, Michael A. Frank
& Rodolfo H. De La Guardia, Jr.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

By:  /s/  Michael A. Frank
   Michael A. Frank
   Florida Bar No. 339075